UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:  MARY FERGUSON GANT                                             Case No:  4:09-bk-14997 B

OBJECTION TO CONFIRMATION OF PLAN
AS MODIFIED POST-CONFIRMATION ON 07/17/2015

  Comes now Mark T. McCarty, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought.  It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

  1.  11 U.S.C. §1325(a)(4). Creditors would receive a greater distribution under a Chapter 7 proceeding.  **In that the best interest has not been met nor have unsecured creditors been paid in full.**

  2.  11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code.  **In that the debtor's final payment to the case has not been made and unsecured creditors are still to be paid in full.**

  Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

  PREMISES CONSIDERED, Mark T. McCarty , Standing Chapter 13 Trustee prays:
  1.  That the Court set this objection for a hearing.
  2.  That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307 or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
  3.  That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated:  8/13/2015                                                                        /s/  Mark T. McCarty
                                                                                         CHAPTER 13 TRUSTEE

cc:     Mary Ferguson Gant
        3000 Vancouver Drive
        Little Rock, AR  72204

        Agather C. Mckeel   (Noticed by ECF)
        P O Box 3582
        Little Rock, AR  72203